```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                          :

OVERNIGHT BLOWOUT LLC;
and YESENIA HIPOLITO,

                Plaintiffs,                    25-cv-6086 (LJL)

            -v-                             ORDER

SHENZHEN KAIRUIJIA E-COMMERCE CO., LTD.
D/B/A KAYOCO; ELLYA LLC A/K/A ELIYA LLC
D/B/A MAVIANA STORE; XIAMEN HULI DISTRICT
TINGXIANDI E-COMMERCE STORE D/B/A
TINGEDIDIANZI; JINJIANG SHENGDAYUE
TRADING CO., LTD. D/B/A SHENG DAYUE;
BOBOL; CHEN JIAYAO; HI BEAUTY; HAIKOU
LONGHUA YIFENG NETWORK TECHNOLOGY
STUDIO D/B/A KMBI; YIWU YUHUAN JEWELRY
SHOP D/B/A SHEEN&AN; HUIZHOU LINA COMB
BRUSH CO., LTD. D/B/A YAYA TOOL; YIWU
ZHENMENG JEWELRY CO., LTD. D/B/A YW
ZHENGMENG; BAIHUIYUE ELECTRONIC
TECHNOLOGY CO., LIMITED D/B/A EASTYRIVE;
YONGXIN FAN ELECTRONIC TECHNOLOGY CO.,
LIMITED D/B/A ELECATBOAT; SHENZHEN FEIQI
TECHNOLOGY CO., LTD. D/B/A FANCY BEAUTY
US; SHENZHEN JINBENFENG TRADING CO., LTD.
D/B/A GOCOIER; and XIANGCHENG MISI TRADING
CO., LTD. D/B/A XC MISS,

                Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Clerk of Court is respectfully directed to unseal this case, including all prior filings.

       SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                                       LEWIS J. LIMAN
                                                   United States District Judge