```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
OVERNIGHT BLOWOUT LLC, et al.,                                     :
                                                                   :
                      Plaintiffs,                                  :
                                                                   :          25-cv-6086 (LJL)
        -v-                                                        :
                                                                   :              ORDER
SHENZHEN KAIRUIJIA E-COMMERCE CO., LTD., et                        :
al.,                                                               :
                                                                   :
                      Defendants.                                  X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

      The Court has filed a corrected temporary restraining order ("TRO") in this case, as the Court inadvertently signed the initial TRO without indicating the time of its issuance. The corrected TRO reflects that the TRO was entered at 5:00 P.M. on July 30, 2025.

      SO ORDERED.

Dated: July 31, 2025
       New York, New York

                                                           LEWIS J. LIMAN
                                                        United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/31/2025
```