```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
OVERNIGHT BLOWOUT LLC, et al.,                                     :
                                                                   :
                          Plaintiffs,                              :
                                                                   :         25-cv-6086 (LJL)
          -v-                                                      :
                                                                   :              ORDER
SHENZHEN KAIRUIJIA E-COMMERCE CO., LTD., et                        :
al.,                                                               :
                                                                   :
                          Defendants.                              X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs are directed to advise the Court when notice of the Temporary Restraining Order and Order to Show Cause has been provided to all defendants.

SO ORDERED.

Dated: July 31, 2025
       New York, New York

                                      LEWIS J. LIMAN
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2025