UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/8/2025__
```

-------------------------------------------------------------------X
                                                                   :
OVERNIGHT BLOWOUT LLC;                                             :
and YESENIA HIPOLITO,                                             :
                                                                   :
                           Plaintiffs,                            :          25-cv-6086 (LJL)
                                                                   :
                                                                   :              ORDER
            -v-                                                   :
                                                                   :
SHENZHEN KAIRUIJIA E-COMMERCE CO., LTD.                          :
D/B/A KAYOCO; ELLYA LLC A/K/A ELIYA LLC                          :
D/B/A MAVIANA STORE; XIAMEN HULI DISTRICT                        :
TINGXIANDI E-COMMERCE STORE D/B/A                                :
TINGEDIDIANZI; JINJIANG SHENGDAYUE                               :
TRADING CO., LTD. D/B/A SHENG DAYUE;                             :
BOBOL; CHEN JIAYAO; HI BEAUTY; HAIKOU                           :
LONGHUA YIFENG NETWORK TECHNOLOGY                                :
STUDIO D/B/A KMBI; YIWU YUHUAN JEWELRY                          :
SHOP D/B/A SHEEN&AN; HUIZHOU LINA COMB                          :
BRUSH CO., LTD. D/B/A YAYA TOOL; YIWU                           :
ZHENMENG JEWELRY CO., LTD. D/B/A YW                             :
ZHENGMENG; BAIHUIYUE ELECTRONIC                                 :
TECHNOLOGY CO., LIMITED D/B/A EASTYRIVE;                        :
YONGXIN FAN ELECTRONIC TECHNOLOGY CO.,                          :
LIMITED D/B/A ELECATBOAT; SHENZHEN FEIQI                        :
TECHNOLOGY CO., LTD. D/B/A FANCY BEAUTY                         :
US; SHENZHEN JINBENFENG TRADING CO., LTD.                       :
D/B/A GOCOIER; and XIANGCHENG MISI TRADING                      :
CO., LTD. D/B/A XC MISS,                                        :
                                                                   :
                           Defendants.                            :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The hearing previously scheduled for August 13, 2025, at 11:00 a.m. in Courtroom 15C

shall proceed telephonically, at the request of Plaintiffs.  Parties are directed to dial into the

Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.  At the

hearing, the parties shall be prepared to address whether the temporary restraining order should

be extended for an additional fourteen days for good cause and, in addition, whether this case can

be unsealed.  Plaintiffs are directed to provide notice of this Order to all defendants by email.

      SO ORDERED.

Dated: August 8, 2025
      New York, New York

                                        LEWIS J. LIMAN
                               United States District Judge