```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
OVERNIGHT BLOWOUT LLC;                                             :
and YESENIA HIPOLITO,                                              :
                                                                   :
                         Plaintiffs,                               :    25-cv-6086 (LJL)
                                                                   :
         -v-                                                       :    ORDER
                                                                   :
SHENZHEN KAIRUIJIA E-COMMERCE CO., LTD.                            :
D/B/A KAYOCO; ELLYA LLC A/K/A ELIYA LLC                            :
D/B/A MAVIANA STORE; XIAMEN HULI DISTRICT                          :
TINGXIANDI E-COMMERCE STORE D/B/A                                  :
TINGEDIDIANZI; JINJIANG SHENGDAYUE                                 :
TRADING CO., LTD. D/B/A SHENG DAYUE;                               :
BOBOL; CHEN JIAYAO; HI BEAUTY; HAIKOU                              :
LONGHUA YIFENG NETWORK TECHNOLOGY                                  :
STUDIO D/B/A KMBI; YIWU YUHUAN JEWELRY                             :
SHOP D/B/A SHEEN&AN; HUIZHOU LINA COMB                             :
BRUSH CO., LTD. D/B/A YAYA TOOL; YIWU                              :
ZHENMENG JEWELRY CO., LTD. D/B/A YW                                :
ZHENGMENG; BAIHUIYUE ELECTRONIC                                    :
TECHNOLOGY CO., LIMITED D/B/A EASTYRIVE;                           :
YONGXIN FAN ELECTRONIC TECHNOLOGY CO.,                             :
LIMITED D/B/A ELECATBOAT; SHENZHEN FEIQI                           :
TECHNOLOGY CO., LTD. D/B/A FANCY BEAUTY                            :
US; SHENZHEN JINBENFENG TRADING CO., LTD.                          :
D/B/A GOCOIER; and XIANGCHENG MISI TRADING                         :
CO., LTD. D/B/A XC MISS,                                           :
                                                                   :
                         Defendants.                               :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  A hearing was held in this matter today. Counsel for Plaintiffs appeared. The owner of one party appeared but no counsel for any of the Defendants appeared. This Order memorializes the Court's orders made on the record today.

  The temporary restraining order ("TRO") in this case is extended for an additional fourteen days until August 27, 2025, at 5:00 PM. Good cause exists for the extension for the

reasons stated on the record during the hearing. Defendants' time to file papers in opposition to Plaintiffs' motion for a preliminary injunction is extended to August 18, 2025, and Plaintiffs' reply papers, if any, shall be filed and served on Defendants by August 20, 2025.

The parties are further directed to appear for a telephonic hearing on August 26, 2025 at 12:00 PM, to show cause why an order should not be entered granting Plaintiffs' motion for a preliminary injunction. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

Any unrepresented defendants are advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. The Clinic may be able to provide advice in connection with this case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, it cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10 AM to 4 PM. Appointments are also available remotely Monday through Friday, 10 AM to 4 PM.

Plaintiffs are directed to serve this Order on Defendants by August 14, 2025, using the means previously adopted in the TRO.

SO ORDERED.

Dated: August 13, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge